STATE OF NEW JERSEY v. BERNARD REID.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AL-TARIQ WITCHER.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY ROBERTS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TELLIS EDWARDS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOE FASON.

May 30, 1989.

Petition for certification denied.